**Electronically Filed**
**Supreme Court**
**SCPW-22-0000511**
**31-AUG-2022**
**11:44 AM**
**Dkt. 7 ORD**

SCPW-22-0000511

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DEXTER K. KAʻIAMA, Petitioner,

vs.

OFFICE OF DISCIPLINARY COUNSEL, Respondent,

_____

ORIGINAL PROCEEDING
(ODC No. 18-0339)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the materials submitted on
August 25, 2022 to the appellate clerks by attorney Dexter K.
Kaʻiama, which was filed as a petition for a writ of mandamus, we
conclude that attorney Kaʻiama seeks relief from the Disciplinary
Board of the Hawaiʻi Supreme Court, not from this court.
Therefore,

IT IS HEREBY ORDERED that the petition is denied without prejudice to attorney Kaʻiama seeking relief from the Disciplinary Board.

DATED:  Honolulu, Hawaiʻi, August 31, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

